UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY L. MATTHEWS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| UNIVERSITY OF THE INCARNATE WORD, DONNA ARONSON, JOHN PERRY, LYDIA ANDRADE, ROBERT KUNCZT, DENISE DOYLE, | § § § § § § § § § | SA-07-CA-1040 FB (NN) |
| Defendants. | § | |

**<u>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (#12)</u>**

The matter before the Court is plaintiff's renewed motion for appointment of counsel (docket entry 12). Having reviewed the motion in light of the applicable authorities which were discussed in my Order of December 27, 2007, I find that plaintiff has not shown that this case presents "exceptional circumstances" which necessitate the appointment of an attorney. It appears from the information now before the Court that this case will likely involve application of well-established law and will not require extensive briefing of legal principles. There is a large EEOC record already accumulated, and plaintiff is aware of the identity of other witnesses whose testimony would be supportive of her claims. Plaintiff explains that much of the case presentation will involve examination of witnesses. Nevertheless, plaintiff's background as a university professor and specifically her degrees in speech communication undercut any claim that "exceptional

circumstances" exist so as to warrant appointment of counsel.  Accordingly the renewed motion for appointment of counsel is ORDERED DENIED.

     **SIGNED** on January 29, 2008.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE